1
2
3
4

UNITED STATES DISTRICT COURT

5

DISTRICT OF NEVADA

6

* * *

7

MARIAN E. PATTON

Case No. 2:15-cv-02217-JCM-PAL

8

Plaintiff,

ORDER

9

v.

HCCREDIT, et al.,

10

11

Defendants.

12      Before the court is the Notice of Settlement Between Plaintiff Marian E. Patton and

13  Defendant Equiant Financial Services, Inc. (Dkt. #15). The parties advise that a settlement has

14  been reached and that a stipulation to dismiss should be filed within 60 days.  Accordingly,

15      **IT IS ORDERED** that Plaintiff and Defendant Equiant Financial Services, Inc. shall

16  have until **March 14, 2016,** to file a stipulation to dismiss, or a joint status report advising when

17  the stipulation to dismiss will be filed.

18      DATED this 19th day of January, 2016.

19
20
21

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

22
23
24
25
26
27
28