UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| MARIAN E PATTON, | | Case No. 2:15-cv-02217-JCM-PAL |
| | Plaintiff, | ORDER |
| v. | | |
| HCCREDIT, et al., | | |
| | Defendants. | |

Before the court is the Notice of Settlement Between Plaintiff and Defendant Ocwen Loan Servicing, LLC (Dkt. #20). The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days.  Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Ocwen Loan Servicing, LLC shall have until **March 22, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 27th day of January, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1