**SHANNON G. SPLAINE, ESQ.**
Nevada Bar No. 8241
**LINCOLN, GUSTAFSON & CERCOS, LLP**
3960 Howard Hughes Parkway
Suite 200
Las Vegas, Nevada 89169-5968
Telephone:   (702) 257-1997
Facsimile:    (702) 257-2203
ssplaine@lgclawoffice.com

Attorneys Defendant,
EQUIANT FINANCIAL SERVICES, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIAN E. PATTON,<br><br>       Plaintiff,<br><br>   vs.<br><br>HCC CREDIT, HC PROCESSING CENTER, OCWEN LOAN SERVICING, LLC, EQUIANT FINANCIAL SERVICES, INC., PACIFIC MONARCH RESORTS, INC., AND EXPERIAN INFORMATION SOLUTIONS LLC,<br><br>       Defendants. | Case No: 2:15-cv-02217-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIANT FINANCIAL SERVICES, INC.** |

WHEREAS Plaintiff, MARIAN E. PATTON, and Defendant, EQUIANT FINANCIAL SERVICES, INC. (collectively referred to as "Parties"), have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences in the above-captioned matter;

IT IS HEREBY JOINTLY STIPULATED AND AGREED by the Parties, by and through their respective counsel of record, and subject to approval of the Court, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby dismissed with prejudice, with each party bearing their own attorneys' fees and costs incurred herein.

///

///

///

| | |
|---|---|
| DATED: March 11, 2016. | DATED: March 11, 2016. |
| **HAINES & KRIEGER, LLC** | **LINCOLN, GUSTAFSON & CERCOS, LLP** |
| /s/ David H. Krieger | /s/ Shannon G. Splaine |
| **DAVID H. KRIEGER, ESQ.** | **SHANNON G. SPLAINE, ESQ.** |
| Nevada Bar No. 9086 | Nevada Bar No. 8241 |
| 8985 S. Eastern Ave., Suite 350 | 3960 Howard Hughes Parkway, Suite 200 |
| Henderson, NV 89123 | Las Vegas, Nevada 89169-5968 |
| Attorneys Plaintiff, | Attorneys Defendant, |
| MARIAN E. PATTON | EQUIANT FINANCIAL SERVICES, INC. |

**ORDER**

Pursuant to the stipulation of the Parties under FRCP 41(a)(1)(A)(ii), Defendant, EQUIANT FINANCIAL SERVICES, INC., shall be dismissed with prejudice, and each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Date: March 14, 2016

v:\p-t\patton_equiant\atty notes\drafts\pldgs\20160311_sodw_sdi.docx