UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MARIAN E PATTON,

                              Plaintiff,

    v.

HCCREDIT, et al.,

                            Defendants.

Case No. 2:15-cv-02217-JCM-PAL

ORDER

       Before the court is the Notice of Settlement Between Plaintiff and Defendant Pacific Monarch Resorts, Inc. (Dkt. #27).  The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days.  Accordingly,

       **IT IS ORDERED** that Plaintiff and Defendant Pacific Monarch Resorts, Inc. shall have until **May 10, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

       DATED this 16th day of March, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE