David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
Marian E. Patton

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Marian E. Patton,<br><br>         Plaintiff,<br><br>   vs.<br><br>HCCREDIT, HC PROCESSING CENTER, OCWEN LOAN SERVICING, LLC, EQUIANT FINANCIAL SERVICES, INC., PACIFIC MONARCH RESORTS, INC. and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>         Defendant. | CASE NO. **2:15-cv-02217-JCM-PAL**<br><br>**STATUS REPORT ON NOTICE OF SETTLEMENT** |

On or about 3/11/2016, Marian E. Patton (the "Plaintiff") and Pacific Monarch Resorts, Inc. (the "Defendant" or "Pacific Monarch Resorts")(hereinafter collectively the "Settling Parties") settled their respective disputes in this matter.

Pursuant to the Court's Order entered on 3/17/2016, the Settling Parties were to file dismissal paperwork by May 10, 2016 or provide a status report outlining what is impeding settlement and full resolution in this matter.  ECF No. 30.

The Settling Parties have negotiated the final terms of a proposed settlement, however, are in the process of executing the settlement agreement. Accordingly, additional time is required to execute the settlement agreement.

The Settling Parties expect to have all outstanding settlement issues resolved within thirty (30) days.

Respectfully submitted May 10, 2016

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
 (702) 880-5554
dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
*Marian E. Patton*

   IT IS ORDERED that the parties shall have until June 10, 2016, to file their stipulation for dismissal.

Dated: May 12, 2016

_____
Peggy A. Leen
United States Magistrate Judge

2

CLAC 2198064.1