UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARIAN E PATTON, | Case No. 2:15-cv-02217-JCM-PAL |
| Plaintiff, | ORDER |
| v. | |
| HCCREDIT, et al., | |
| Defendants. | |

Before the court is the Notice of Settlement Between Plaintiff and Defendant Experian Information Solutions, Inc. (Dkt. #33). The parties advise that a settlement has been reached and that a stipulation to dismiss should be filed within 60 days. Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Experian Information Systems shall have until **July 11, 2016,** to file a stipulation to dismiss, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 13th day of May, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE