UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIAN E. PATTON,<br><br>                      Plaintiff,<br>    v.<br><br>HCCREDIT, et al.,<br><br>                      Defendants. | Case No. 2:15-cv-02217-JCM-PAL<br><br>ORDER |

Before the court is the Notice of Settlement between Plaintiff and Defendant HCCREDIT (Dkt. #38) filed May 19, 2016. The notice requests 60 days to submit settlement documents.

**IT IS ORDERED** that that Plaintiff and Defendant Experian Information Solutions, Inc. shall have until **July 20, 2016,** to either file a stipulation to dismiss, or a joint status report with the court advising when the stipulation will be filed.

DATED this 31st day of May, 2016.

                                                    PEGGY A. LEEN
                                                    UNITED STATES MAGISTRATE JUDGE