1  David H. Krieger, Esq.
2  Nevada Bar No. 9086
   HAINES & KRIEGER, LLC
3  8985 S. Eastern Avenue, Suite 350
   Henderson, Nevada 89123
4  Phone: (702) 880-5554
5  FAX: (702) 385-5518
   Email: dkrieger@hainesandkrieger.com
6  *Attorney for Plaintiff, Marian E. Patton*

7
                **IN THE UNITED STATES DISTRICT COURT**
8                 **FOR THE DISTRICT OF NEVADA**

9
   Marian E. Patton,                      ) **Case No. 2:15-cv-02217-JCM-PAL**
10                                        )
                                          )
11              Plaintiff,                )
   v.                                     )
12                                        ) **JOINT MOTION DISMISSING**
                                          ) **ACTION WITH PREJUDICE AS TO**
13 HCCREDIT, HC PROCESSING                ) **EXPERIAN INFORMATION**
   CENTER, OCWEN LOAN                     ) **SOLUTIONS, INC. ONLY**
14 SERVICING, LLC, EQUIANT                )
   FINANCIAL SERVICES, INC.,              )
15 PACIFIC MONARCH RESORTS,               )
   INC. and EXPERIAN                      )
16 INFORMATION SOLUTIONS, INC.,           )
17                                        )
                Defendants.                )
18

19      Plaintiff Marian E. Patton hereby moves that the above-entitled action shall
20 …
21 …
22 …
23 …
24 …
25 …

Page **1** of **2**

be dismissed **with prejudice** in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, EXPERIAN INFORMATION SOLUTIONS, INC.**. Each party shall bear its own attorney's fees, disbursements, and costs of suit.

Dated:       July 10, 2016

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/Bob L. Olson, Esq.
Snell & Wilmer, LLP
*Attorney for Defendant Experian*

### ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: August 5, 2016
_____